UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Case No. 4:20-71-MLB

PATRICIA KENNEDY, Individually,

    Plaintiff

v.

AWADH INVESTMENTS LLC d/b/a ECONO LODGE, a Georgia Limited Liability Company,

    Defendant
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Patricia Kennedy, by and through undersigned counsel, hereby gives notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses any and all claims against Defendant, Awadh Investments LLC d/b/a Econo Lodge, a Georgia Limited Liability Company, with prejudice.

    Dated this 10th day of July, 2020.

    Respectfully submitted,

THOMAS B. BACON, P.A.
Tristan W. Gillespie, Esq.
5150 Cottage Farm Rd., Johns Creek, GA 30022
Tel: 404-276-7277
Email: Gillespie.tristan@gmail.com
and
Kathy L. Houston, Of Counsel, *Pro Hac Vice*
15321 S. Dixie Hwy, Suite 205, Miami, FL 33157
Tel: 305-420-6609   Fax 786-441-4416
Email: Courtdocs@houstonlawfl.com
Attorneys for Plaintiff

By:_____*/s/ Kathy L. Houston*_____
    Kathy L. Houston, Esq. – FBN 56042

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that the foregoing document is being served this 10th day of July, 2020, on counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Awadh Investments LLC d/b/a Econo Lodge, c/o Sarah Gulati, Esq., Gulati Law, P.L., 479 Montgomery Place, Altamonte Springs, FL 32714; email: sarah@gulatilaw.com

    /s/ *Kathy L. Houston*                .
Kathy L. Houston, Esq.